**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **YUVRAJ MULTANI** | **CASE NO. 1:26-CV-02662 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRIAN ACUNA ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Respondents shall, within ten (10) days, reclassify Petitioner, Yuvraj Multani, as detained under 8 U.S.C. § 1226(a) and afford him a bond hearing before an immigration judge.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report within 48 hours after the hearing, confirming that the hearing was conducted and notifying the Court whether Petitioner, Yuvraj Multani, was granted bond and released or, if his request for bond was denied, providing the reasons for that denial.

**IT IS FURTHER ORDERED** that if Respondents do not provide the hearing above within ten (10) days, they shall release Petitioner, Yuvraj Multani, from custody under reasonable conditions of supervision if necessary.

MONROE, LOUISIANA, this 27th day of October, 2026.

Terry A. Doughty
United States District Judge